

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O**., A Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's brief was originally due on July 21, 2014. Appellant has received one extension of time in which to file the brief, until August 11, 2014. Appellant is represented on appeal by appointed-counsel Mr. Manuel Charles Rodriguez, Jr. On August 7, 2014, Mr. Rodriguez filed a "Request for Supplementation of the Reporter's Record and Motion for Extension of Time." Telephone calls from the clerk of this court to Mr. Rodriguez and the court reporter attempting to determine whether counsel has requested the reporter's record have not been returned.

Accordingly, the "Request for Supplementation of the Reporter's Record and Motion for Extension of Time" is HELD IN ABEYANCE, and Mr. Rodriguez is hereby ORDERED to provide written proof to this court no later than August 18, 2014, that the supplemental reporter's record has been properly requested from the court reporter. *See* TEX. R. APP. P. 34.6(d). If Mr. Rodriguez fails to respond by August 18, 2014, appellant's brief will be due no later than August 25, 2014, and this court will address only those issues on appeal that do not require the supplemental record.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court